AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| KERMIT RYDELL | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 11-00485 JMS KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| SERVCO AUTO WINDWARD, ET AL., | November 9, 2011<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is CLOSED pursuant to the, "ORDER GRANTING DEFENDANT'S MOTION TO DISMISS, AND DENYING PLAINTIFF'S EMERGENCY PETITION TO DISMISS DEFENDANT'S NON-CONFORMING PLEADINGS", by the Honorable J. MICHAEL SEABRIGHT, U.S. District Judge, and filed on, November 9, 2011.

| | |
|---|---|
| November 9, 2011 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by GS |
| | (By) Deputy Clerk |